UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Friedrich,

      Plaintiff(s),

  -against –

Forster & Garbus, LLP, et al.,

      Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:21-CV-03184 (CS)

Seibel, J.

  It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Portfolio Recovery Associates, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Portfolio Recovery Associates, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

  **SO ORDERED**.

Dated: June 8, 2021
  White Plains, New York

*Cathy Seibel*

_____

CATHY SEIBEL, U.S.D.J.